■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WILKES, Appellant. [718 NYS2d 174] —Judgment, Su-

preme Court, New York County (Herbert Adlerberg, J.), rendered February 19, 1998, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Defendant's claim that his South Carolina conviction did not qualify as a predicate felony requires preservation (*People v Samms*, 95 NY2d 52, 57; *People v Smith*, 73 NY2d 961), and we decline to review this expressly waived contention in the interest of justice. Concur—Sullivan, P. J., Wallach, Lerner, Andrias and Buckley, JJ.